IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-568-DSC

XPRESS GROUP INC.,

    Plaintiff,

v.

TRACY RENAUD, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

**ORDER**

THIS MATTER coming before the Court upon the filing of a Certification of Initial Attorney's Conference (Doc. No. 14), and the parties having consented to the jurisdiction of a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73,

**IT IS ORDERED** that:

1. Defendant shall file the Certified Administrative Record by October 1, 2021;

2. Plaintiff shall file its summary judgment motion on the Administrative Record by October 29, 2021; and

3. Defendant shall file her opposition to Plaintiff's summary judgment motion by December 3, 2021.

**SO ORDERED**.

Signed: September 22, 2021

_____
David S. Cayer
United States Magistrate Judge