# United States District Court
## Western District of North Carolina
## Charlotte Division

| | |
|---|---|
| Xpress Group, Inc., | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00568-DSC |
| vs. | |
| Kenneth T. Cuccinelli, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2022 Order.

February 11, 2022

Frank G. Johns, Clerk
United States District Court